## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Michael J. Walters; Michael J. Walters
and Roseanne Walters, husband and
wife; Mark H. Attix; Frederick John
Bartek; Charles W. Buttz and Teresa
C. Buttz, husband and wife; Joellen
Chadwick; Mary Ellen Christman;
Brian Colfer and Alicia Colfer,
husband and wife; David T.
Councilor and Debra A. Councilor
f/k/a Debra Litchult, husband and
wife; David T. Councilor,
Administrator of the Estate of
Theodore G. Councilor; Mary
Alchermes-Dilger, Joseph D.
Alchermes, and Christopher B.
Alchermes; Mark E. Elvin and Shauna
D. Elvin, husband and wife; Susan E.
Esterhay and Linda M. Smith; Max H.
Feldman and Kelee A.
Monahan-Feldman, husband and wife;
Leo J. Finnegan; Richard E. John and
Marilyn P. John, husband and wife;
Marilynn Ann Johnson; Howard A.
Kellner and Donna M. Kellner,
husband and wife; Douglas D. Kelly;
Russell R. Kice; John O. Klinger and
Brenda Klinger, husband and wife;
Mountain Home Enterprises LLC;
Erik Peterson and Gillian Peterson,
husband and wife; Clarke Reid and
Joanne Reid, husband and wife; Patricia
A. Russo; Edward M. Satterthwaite;
Jacob E. Seip and Phyllis A. Seip,
husband and wife; Thomas D. Shore;
Leslie D. Sopko; Stags Leap Properties

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

No. 52 C.D. 2019

LLC; Elaine J. Vula; William C. Wolfe, :
                    Appellants                    :
                                                  :
                    v.                            :
                                                  :
Buck Hill Falls Company;  Lot and                 :
Cottage Owners' Association of Buck               :
Hill Falls

# **O R D E R**

NOW, March 3, 2020, having considered Appellants' application for reargument and Appellees' answers in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge